RAINTREE HOMEOWNERS ASSOC'N v. RAINTREE COUNTRY CLUB

No. 395P98

Case below: 130 N.C.App. 757

Motion by defendant (Raintree Country Club) for temporary stay denied 10 September 1998.

REESE v. BARBEE

No. 269PA98

Case below: 129 N.C.App. 823

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 8 October 1998.

RICE v. JONES

No. 237P98

Case below: 129 N.C.App. 644

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998. Justice Wynn recused.

SARA LEE CORP. v. CARTER

No. 271PA98

Case below: 129 N.C.App. 464

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 30 September 1998.

STATE v. AIKEN

No. 283P98

Case below: 130 N.C.App. 151

Petition by Attorney General for writ of supersedeas denied 30 September 1998. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 30 September 1998. Petition by defendant for discretionary review as to additional issues dismissed as moot 30 September 1998.